# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCHENRY MOBILE MANOR, LLC, a California Corporation; U-HAUL CO. OF CALIFORNIA, a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:16-cv-01327-LJO-EPG<br><br>Hon. Lawrence J. O'Neill<br>Courtroom 4<br><br>**ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: September 7, 2016 |

252521.1

**ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

# ORDER

Pursuant to the Joint Stipulation to Extend Time to Respond to Complaint (ECF No. 7), and for good cause shown, the Court hereby ORDERS that the deadline for Defendants to answer or otherwise respond to the Complaint, currently set for November 2, 2016, is continued thirty (30) days, to **December 2, 2016**.

IT IS SO ORDERED.

Dated:   **November 2, 2016**                   /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

252521.1

1

**ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**