1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MCHENRY MOBILE MANOR, LLC, a California Corporation;<br>U-HAUL CO. OF CALIFORNIA, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 1:16-CV-01327-LJO-EPG<br><br>Hon. Lawrence J. O'Neill<br>Courtroom 4<br><br>**ORDER RE JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  September 7, 2016 |

The Court hereby vacates all currently set dates, with the expectation that Plaintiff will file a Notice of Dismissal with Prejudice within 60 days. The Court sets a Status Conference/OSC for _____ at ____ a.m./p.m. at which the parties, by and through their attorneys of record, shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

## ORDER

The Court hereby vacates all currently set deadlines and hearings, with the expectation that Plaintiff will file a Notice of Dismissal with Prejudice within 60 days of today's date. If the dismissal documents are not timely received, the Court will then set a status conference to discuss same.

IT IS SO ORDERED.

Dated: **December 1, 2016**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE